UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ISAAC BISONO, et al.,

        Plaintiffs,

- against -

TVT CAPITAL LLC, et al.,

        Defendants.

21-cv-6701 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

The conference scheduled for November 2, 2021 at 11:00 a.m. is canceled. The time to serve the summons and complaint is extended to December 3, 2021. If the plaintiffs fail to serve the summons and complaint by that date, the case may be dismissed for failure to prosecute. See Fed. R. Civ. P. 4(m).

SO ORDERED.

Dated:    New York, New York
             October 28, 2021

                                              John G. Koeltl
                                      United States District Judge