UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ISAAC BISONO, et al.,

                Plaintiffs,

        -against-

TVT CAPITAL., et al.

                Defendants.
-------------------------------------------------------------X

21 civ 6701 (JGK)

**ORDER**

      The parties shall submit a proposed settlement agreement, together with a supporting affidavit providing the specifics of any request for attorneys' fees, including time records and information necessary to calculate the lodestar.

      The parties shall also submit a letter explaining the fairness, reasonableness and adequacy of the settlement, including the request for attorneys' fees. The parties shall make the submission by **April 28, 2022**

**SO ORDERED.**

                                              **JOHN G. KOELTL**
                                     **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       April 14, 2022