UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ISAAC BISONO, ET AL.,              21-cv-6701 (JGK)

         Plaintiffs,            ORDER

     - against -

TVT CAPITAL, LLC, ET AL.,

         Defendants.

JOHN G. KOELTL, District Judge:

     A telephone conference is scheduled for May 4, 2022, at 10:30 a.m. Dial-in: 888-363-4749, with access code 8140049.

SO ORDERED.

Dated:    New York, New York
         April 29, 2022

                                       John G. Koeltl
                                 United States District Judge