UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ISAAC BISONO, ET AL.,

                Plaintiffs,

   - against -

TVT CAPITAL, LLC, ET AL.,

                Defendants.

---

21-cv-6701 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The plaintiffs may submit a letter addressing the issues raised at the conference held today by May 11, 2022.

SO ORDERED.

Dated:    New York, New York
            May 4, 2022

                                      John G. Koeltl
                                  United States District Judge