UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ISAAC BISONO; JOSHUA PEREZ; LIZBETH BISONO; and VINELIZ ESTEVEZ,

                                                                         *Plaintiffs*,

-against-

TVT CAPITAL, LLC; and ANDREW FELLUS,

                                                                        *Defendants*.

Case No.: 1:21-cv-06701 (JGK)

**STIPULATION OF DISMISSAL**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties in the parties in the above-captioned action through their undersigned counsel that, whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of the action, in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Complaint in the above-captioned action and all claims alleged therein be dismissed with prejudice, with each party to bear their own fees and costs.

**IT IS FURTHER STIPULATED AND AGREED**, that this Stipulation may be executed in counterparts with scanned PDF or facsimile signatures treated as originals.

May 31, 2022

**LAW OFFICE OF MOHAMMED GANGAT**

_____
Mohammed Gangat
675 Third Avenue, Suite 1810
New York, New York 10017
Tel: 718-669-0714
Email: mgangat@gangatllc.com
*Attorneys for Plaintiffs*

May 27, 2022

**BAKER & HOSTETLER LLP**

*/s/ Amy J. Traub*
_____
Amy J. Traub
45 Rockefeller Plaza, 14th Floor
New York, New York 10111
Tel: 212 589-4200
Email: atraub@bakerlaw.com
*Attorneys for Defendants*

The Clerk is directed to close this case - So Ordered.
/s/ J. G. Koeltl
U.S.D.J.
5/31/22

**SO ORDERED:**

/s/ J. G. Koeltl
5/31/22 John G. Koeltl, U.S.D.J.

-14-